PD-0776&0777&0778&0779-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN TEXAS

REGINALD KEITH Pink
PETITIONER

v.

THE STATE of TEXAS
RESPONDENT

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

FROM APPEALS NOS: 05-14-00877-CR
05-14-00878-CR
05-14-00879-CR
05-14-00880-CR

TRIAL CAUSE NOS: F-09-55346-T
F-13-60732-T
F-13-60733-T
F-13-72123-T

FILED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

MOTION FOR TEX. R. APP. P. RULE 2 SUSPENSION
of TEX. R. APP. P. RULE 9.3 (a)(b)(c)

TO THE HONORABLE JUDGES of THE COURT of CRIMINAL APPEALS:

Comes Now REGINALD KEITH Pink, PETITIONER, PRO SE AND MOVES THIS HONORABLE COURT TO GRANT PETITIONER: A TEXAS RULES OF APPELLATE PROCEDURE, RULE 2 SUSPENSION of TEX. R. APP. P. 9.3 (a)(b)(c) IN RELATION TO THE NUMBER of COPIES REQUIRED TO BE filed WITH THIS COURT.

PETITIONER REQUEST THIS RULE SUSPENSION IN GOOD-FAITH FOR THE FOLLOWING REASONS:

1. I REGINALD PINK, BEING PRESENTLY CONFINED AT THE McCONNELL UNIT, STATE UNDER PENALTY of PERJURY THAT THE McCONNELL UNIT DOES NOT PROVIDE ANY MEANS OR METHOD of MAKING COPIES of LEGAL DOCUMENTS FOR

page 1

INCARCERATED OFFENDERS.

 2. I FURTHER STATE THAT I HAVE NO ACCESS TO A COPY MACHINE AT ANY TIME AT THE McConnell UNIT.

 WHEREFORE, PETITIONER PRAYS THAT THIS MOTION WILL BE GRANTED BY THIS COURT, AND HE WILL _NOT_ BE REQUIRED TO file THE NUMBER of COPIES REQUIRED WITH THIS MOTION AND FUTURE MOTIONS, AND ANY FUTURE COURT Filings.

RESPECTfully Submitted

Red Pink

REGINALD PINK (938997)
McConnell Unit,
3001 SOUTH EMILY DRIVE
Beeville TX. 78102

## Certificate of Service

THIS IS TO CERTIFY THAT A TRUE AND CORRECT COPY of the foregoing AND included documents HAVE BEEN PROPERLY SERVED TO THE PARTIES LISTED BELOW AT THE RESPECTIVE Address, AS WELL AS Delivered TO THIS COURT. THE Documents WERE PLACED IN THE UNIT MAILBOX WITH First CLASS PRE-PAID POSTAGE Affixed, ADDRESSED TO THE Court of CRIMINAL APPEALS c/o CLERK OF THE COURT ABEL Acosta, AT Court of CRIMINAL APPEALS, P.O. BOX 12308, AUSTIN, TEXAS 78711.

EXECUTED ON THIS DATE, 17th DAY of JUNE 2015
 ( T.R.A.P. RULE 9.5, F.R.A.P. RULE 25(d).

Red Pink
PETITIONER

Also SERVED:
STATE PROSECUTING ATTORNEY
P.O. BOX 12405
AUSTIN TEXAS 78711

NOTE: DEEMED filed WARNER v GLASS. 135 SW 3d 681, 682 (TX 2004)